# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01720-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE TO RE-FILE ONCE STAY IS LIFTED** |
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., *et al.*, | (ECF No. 15) |
| Defendants. | |

In light of the stay entered in this case (ECF No. 17),

IT IS ORDERED that defendant Saticoy Bay LLC's motion to dismiss **(ECF No. 15) is DENIED** without prejudice to re-file once the stay is lifted.

DATED this 8th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE