# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br>    Plaintiff(s),<br>v.<br>COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al.,<br>    Defendant(s). | Case No.: 2:16-cv-01720-APG-NJK<br><br>**ORDER** |

Pending before the Court is an interim status report that Defendant Copper Sands HOA did not participate in drafting and did not sign. Docket No. 36. Attorneys for <u>all</u> parties must sign the interim status report. Local Rule 26-3. Accordingly, counsel for Defendant Copper Sands HOA shall immediately contact Plaintiff's counsel to coordinate a time for all counsel to confer on the contents of the interim status report. An interim status report that fully complies with the local rules shall be filed by March 29, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

Dated: March 22, 2019

                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge